UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIN BEERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 1:23-CV-00057-SEB-MG |
| SIEMENS HEALTHCARE | ) |
| DIAGNOSTIC, INC. D/B/A SIEMENS | ) |
| HEALTHINEERS, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-captioned matter, by counsel, having filed a Stipulation of Dismissal, and the Court, being duly advised in the premises, now finds that said Stipulation of Dismissal should be granted. IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this matter be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

SO ORDERED this __5th__ day of __September__, 2023.

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:
All Electronically Registered Counsel